IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IMPERIAL INV GROUP, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CV 23-16-BU-JTJ<br><br>ORDER |

　　　　A settlement conference in this matter is scheduled for 9:00 a.m. tomorrow, September 20, 2023, in Butte, Montana. Plaintiff Imperial Inv Group, LLC has filed an unopposed motion for an order allowing its representative with ultimate settlement authority to attend the settlement conference by Zoom. (Doc. 25). Defendant Ohio Security Insurance Company has already obtained leave of Court for its adjuster to participate by Zoom. (Doc. 22 at 2). Accordingly,

　　　　**IT IS ORDERED** that the settlement conference will be held entirely by Zoom. All counsel and all parties with ultimate settlement authority shall participate by Zoom. The Clerk of Court will notify counsel via e-mail of the

1

meeting ID and password before the close of business today. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 19th day of September, 2023.

/s/ Kathleen L. DeSoto
Kathleen L. DeSoto
United States Magistrate Judge