IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

| | |
|---|---|
| IMPERIAL INV GROUP LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs.- ) <br> ) <br> OHIO SECURITY INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendants. ) | Cause No. CV-23-00016-BU-JTJ <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

---

Upon stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 4th day of April, 2024.

_____
John Johnston
United States Magistrate Judge